# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| THE JACKSON LABORATORY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANJING UNIVERSITY, NANJING BIOMEDICAL RESEARCH INSTITUTE OF NANJING UNIVERSITY and NANJING UNIVERSITY MODEL ANIMAL RESEARCH CENTER.<br><br>　　　　Defendants. | Civil Action No. 1:17-cv-00363-GZS |

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

No persons, associations of persons, firms, partnerships, limited liability companies, joint ventures, or corporations own 10% or more of any of defendants Nanjing University, Nanjing Biomedical Research Institute of Nanjing University, and Nanjing University Model Animal Research Center identified in the above-listed civil action.

March 12, 2018.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Andrea T. Holbrook*
　　　　　　　　　　　　　　　　　　Andrea T. Holbrook
　　　　　　　　　　　　　　　　　　Maine Bar No. 05251
　　　　　　　　　　　　　　　　　　DUANE MORRIS LLP
　　　　　　　　　　　　　　　　　　2 Monument Square, Suite 505
　　　　　　　　　　　　　　　　　　Portland, ME  04101
　　　　　　　　　　　　　　　　　　Phone: (215) 979-1677
　　　　　　　　　　　　　　　　　　Fax: (207) 470-1068
　　　　　　　　　　　　　　　　　　Email:  atholbrook@duanemorris.com

　　　　　　　　　　　　　　　　　　*Attorney for the Defendants*

Of Counsel:

Anthony J. Fitzpatrick (*pro hac vice* forthcoming)
Neelaabh Shankar (*pro hac vice* forthcoming)
DUANE MORRIS LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: 857-488-4200
Fax: 857-488-4201
Email: ajfitzpatrick@duanemorris.com
           nshankar@duanemorris.com

Seth A. Goldberg (*pro hac vice* forthcoming)
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Phone:  +1 215 979 1175
Email: SAGoldberg@duanemorris.com

Kening Li, Ph.D. (*pro hac vice* forthcoming)
DUANE MORRIS LLP
505 9th Street, N.W., Suite 1000
Washington, DC 20004-2166
Phone: 202-560-1916
Email: knli@duanemorris.com

# CERTIFICATE OF SERVICE

       I, Andrea T. Holbrook, certify that on March __, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: March __, 2018                      By:    */s/ Andrea T. Holbrook*

**COUNSEL FOR SERVICE**

Timothy R. Shannon (Maine Bar No. 4582)
Taylor Neff (Maine Bar No. 5346)
VERRILL DANA LLP
One Portland Square
Portland, ME 04101-0586
Tel:  207-253-4826
Fax:  207-253-4827
tshannon@verrilldana.com
tneff@verrilldana.com

Michael N. Rader (BBO# 646900)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax:  617-646-8646
mrader@wolfgrenfield.com
cloughran@wolfgreenfield.com