# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| THE JACKSON LABORATORY,<br><br>   Plaintiff,<br><br>  v.<br><br>NANJING UNIVERSITY, NANJING BIOMEDICAL RESEARCH INSTITUTE OF NANJING UNIVERSITY and NANJING UNIVERSITY MODEL ANIMAL RESEARCH CENTER<br><br>   Defendants. | Civil Action No. 1:17-cv-00363-GZS |

## JOINT MOTION TO VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE AND TO TERMINATE THIS ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff The Jackson Laboratory ("Jackson") and defendants Nanjing University, Nanjing Biomedical Research Institute, and Nanjing Model Animal Research Center (collectively, "Nanjing") jointly move this Court to dismiss Jackson's Complaint (D.I. 1) and Nanjing's Counterclaims (D.I. 9) without prejudice, and to terminate this action. As grounds for this Motion, the parties state as follows:

On September 18, 2017, Jackson filed a Complaint and Petition to Compel Arbitration in the above-captioned matter seeking to compel arbitration of a contract dispute concerning the sale of genetically modified mice. D.I. 1.

On March 12, 2018, Nanjing answered Jackson's Complaint and "agree[d] to arbitrate the contract dispute raised by Plaintiff pursuant to the American Arbitration Association rules pertaining to commercial arbitrations." D.I. 9 at 6. Nanjing also asserted three Counterclaims, *id.* at 9, but now intends to pursue those claims in the agreed-upon arbitration.

6201076.1

In sum, the Parties are now in agreement that the contract dispute which formed the basis for Jackson's Complaint will be arbitrated under the AAA Commercial Rules, and that Nanjing's counterclaims are arbitrable. The Parties' entire dispute, including claims raised or not yet raised arising out of the facts and circumstances asserted in the Complaint, will therefore be arbitrated.[1]

Both Parties expressly reserve any and all claims and defenses, at law or in equity, that may be asserted in the arbitration referred to herein.

Each party will bear its own costs, including attorneys' fees, for the proceedings in this Court.

WHEREFORE, for the reasons set forth more fully above, the Parties request that this action—Civil Action No. 1:17-cv-00363-GZS—and the claims and counterclaims set forth therein, be dismissed without prejudice and that this action be terminated.

Dated:  April 2, 2018                             Respectfully submitted,

/s/Andrea T. Holbrook                             /s/ Timothy R. Shannon
Andrea T. Holbrook                                Timothy R. Shannon (Maine Bar No. 4582)
Maine Bar No. 05251                               VERRILL DANA LLP
DUANE MORRIS LLP                                  One Portland Square
2 Monument Square, Suite 505                      Portland, ME 04101-0586
Portland, ME  04101                               Tel:  207-253-4826
Phone: (215) 979-1677                             Fax:  207-253-4827
Fax: (207) 470-1068                               tshannon@verrilldana.com
Email:  atholbrook@duanemorris.com

---

[1] Although Jackson has agreed to dismiss this action without prejudice, Jackson does not concede that Nanjing's Counterclaims, or any issues arising out of or related to Nanjing's Counterclaims, can be re-litigated by Nanjing in this or any other court once arbitrated.

Of Counsel:

Anthony J. Fitzpatrick
Neelaabh Shankar
Duane Morris LLP
100 High Street, Suite 2400
Boston, MA 02110-1724
Phone: 857-488-4200
Fax: 857-488-4201
Email: ajfitzpatrick@duanemorris.com
          nshankar@duanemorris.com

Seth A. Goldberg
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103
Phone: 215-979-1175
Fax: 215-979-1020
Email: sagoldberg@duanemorris.com

*Attorneys for the Defendants*

Michael N. Rader
Chelsea A. Loughran (*admitted pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: 617-646-8000
Fax:  617-646-8646
mrader@wolfgreenfield.com
cloughran@wolfgreenfield.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Timothy R. Shannon, certify that on April 2, 2018, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Dated: April 2, 2018                By:    */s/ Timothy R. Shannon*