UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JACKSON LABORATORY <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Civil No. 1:17-cv-00363-GZS <br> ) |
| NANJING UNIVERSITY, et al <br> Defendants, | ) <br> ) |

## JUDGMENT

In accordance with the Order entered on April 3, 2018 by U.S. District Judge George Z. Singal, all claims and counterclaims are dismissed without prejudice and this action is terminated.

                                                  CHRISTA K. BERRY
                                                  CLERK

                                        By:    /s/ Lindsey Caron
                                                      Deputy Clerk

Dated: April 3, 2018